**ASP DENVER, LLC., Appellant**

**v.**

**GENERAL SERVICES ADMINISTRATION, Appellee.**

**2015-1313**

United States Court of Appeals, Federal Circuit.

June 9, 2016

NEAL J. SWEENEY, Jones Walker, LLP, Atlanta, GA, argued for appellant. Also represented by TYLER SCARBROUGH; THURSTON HOLDERNESS WEBB, Kilpatrick Townsend & Stockton LLP, Atlanta, GA; ADAM HOWARD CHARNES, Dallas, TX; ROBERT LYNN ECHOLS, Bass, Berry & Sims PLC, Nashville, TN.

JAMES PATRICK CONNOR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DONALD E. KINNER; LORI R. SHAPIRO, Office of General Counsel, General Services Administration, Washington, DC.

**JUDGMENT**

Per Curiam (Taranto, Bryson, and Stoll, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED

**AFFIRMED.** *See* **Fed. Cir. R. 36.**